UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| TAMMY BRISCOE | CIVIL ACTION |
| VERSUS | |
| ENERGY TRANSFER PARTNERS, LP, ET AL. | NO.: 14-00433-BAJ-SCR |

ORDER

Before the Court is **Defendants Energy Transfer Partners and Florida Gas Transmission Company's Motion for Attorneys' Fees and Costs (Doc. 110)**. Tammy Briscoe ("Plaintiff") has filed a response requesting that the Court defer ruling on the motion or, alternatively, dismiss it without prejudice pending the result of her appeal. (Doc. 115 at p. 1).

Considering the foregoing:

**IT IS ORDERED** that **Defendants Energy Transfer Partners and Florida Gas Transmission Company's Motion for Attorneys' Fees and Costs (Doc. 110)** is **DENIED**. Specifically, the motion is **DISMISSED WITHOUT PREJUDICE** with leave to refile within 14 days of the resolution of Plaintiff's appeal. *See Tancredi v. Metro. Life Ins. Co.*, 378 F.3d 220, 225 (2d Cir. 2004) (citing Fed.R.Civ.P. 54(d) advisory committee's notes).

Baton Rouge, Louisiana, this 31ST day of May, 2016.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

1